SEYMOUR J. KOFF, Appellant, v. MILDRED W. KOFF, Respondent.- -

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.